IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-97-PAB-KLM

TIMOTHY McGETTIGAN,

Plaintiff,

v.

LESLEY DiMARE, *et al.*

Defendants.

---

**STIPULATED ORDER**

---

ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

/s/ Elizabeth Wang
One of Plaintiff's Attorneys

Daniel M. Twetten
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460

/s/ Stephanie Lindquist Scoville
One of Defendant's Attorneys

Stephanie Lindquist Scoville
Senior Assistant Attorney General
Civil Litigation & Employment Law Section
1300 Broadway, 10th Fl.

Boulder, CO 80305
O: (720) 328-5642

Denver, CO 80203
O: (720) 508-6573

**SO ORDERED**

Dated: 5/21/15

Hon. Kristen L. Mix
United States Magistrate Judge