IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00097-PAB-KLM

TIMOTHY MCGETTIGAN,

    Plaintiff,

v.

LESLEY DIMARE, individually and in her official capacity as President of Colorado State University Pueblo, and
THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, by and on behalf of Colorado State University,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Final Pretrial Conference** [#31] ("Motion").  The parties request that the Court vacate the Final Pretrial Conference due to Defendants' pending Motion to Dismiss [#16].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**.  The Final Pretrial Conference set for March 29, 2016 is hereby **VACATED** and will be reset as appropriate after a ruling on the Motion to Dismiss [#16].

    Dated:  March 10, 2016