IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00097-PAB-KLM

TIMOTHY McGETTIGAN,
    Plaintiff,

v.

LESLEY Di MARE, President of Colorado State University - Pueblo, in her individual capacity,
    Defendant.

## NOTICE OF SETTLEMENT

Now come Plaintiff, Timothy McGettigan, and Defendant, Lesley Di Mare, by and through their respective counsel, and hereby submit this Notice of Settlement, as follows:

1.   Trial in this case is currently set for October 16, 2017, and the dispositive motions have been fully briefed and are pending.

2.   The parties recently re-started settlement negotiations and have reached a settlement. The previous impediment to settlement, which involved a non-monetary term, has been resolved to the satisfaction of both parties.

3.   The parties are currently in the process of finalizing the written settlement agreement and release.

4.   In light of this, the parties request that the Court vacate the trial date, Trial Preparation Conference, and other pretrial deadlines.

Respectfully submitted,

/s/ Elizabeth Wang
Elizabeth Wang

Counsel for Plaintiff
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
F: (312) 243-5902
elizabethw@loevy.com

CYNTHIA H. COFFMAN
Attorney General

/s/ Juliane DeMarco
JULIANE DeMARCO*
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendant

1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6585
FAX:  720-508-6032
E-Mail:  Juliane.DeMarco@coag.gov

*Counsel of Record

## CERTIFICATE OF SERVICE

I, Elizabeth Wang, an attorney, hereby certify that on September 6, 2017, I filed the foregoing Notice of Settlement via CM/ECF, which provided electronic copies to counsel of record.

/s/ Elizabeth Wang